IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UVALDO LEON on behalf of himself, and all other plaintiffs similarly situated, known and unknown, | ) ) ) ) No. 16 cv 5150 |
| Plaintiff | ) ) Honorable Judge Guzman ) ) Magistrate Judge Valdez |
| v. | ) ) *JURY DEMAND* |
| JESSICA'S BAKERY NO. 2, INC., AND RODOLFO RODRIGUEZ, INDIVIDUALLY, | ) ) ) |
| Defendants | ) ) ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, **UVALDO LEON** and Defendants', **JESSICA'S BAKERY NO. 2, INC. AND RODOLFO RODRIGUEZ, INDIVIDUALLY,** by their attorneys, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, having resolved all outstanding issues in this litigation between them, hereby stipulate and agree that effective with filing of this Stipulation of Dismissal, all of Plaintiffs' claims may be dismissed as to Defendants, with prejudice, each party to bear its own costs and fees.

Dated: April 5, 2017                                      Respectfully Submitted,

**DEFENDANTS**                                            **PLAINTIFF**

s/ Lisa L. Clay (by permission)                           /s/ John W. Billhorn
Lisa L. Clay                                              John W. Billhorn
One of Defendants' Attorneys                              Attorney For Plaintiff

Lisa L. Clay                                              Billhorn Law Firm
Attorney at Law                                           53 W. Jackson Blvd., Suite 840
lclayaal@gmail.com                                        Chicago, Illinois 60604
312.753.5302                                              (312) 853-1450
clayatlaw.com